Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 4:15-cr-40021-TSH |
| ) | |
| PATRICIA KWIATKOWSKI ) | |

## WAIVER OF INDICTMENT

I, Patricia Kwiatkowski, the above-named defendant, who is accused of knowingly and willfully embezzling, stealing, purloining, and converting to my own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $128,101 from in or about April 2006 to March 2014, in violation of 18 U.S.C. §641, and willfully and knowingly making a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the executive branch of the Government of the United States on or about September 22, 2013 and June 2, 2014, in violation of 18 U.S.C. §1001, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on June 12, 2015 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Patricia Kwiatkowski, Defendant

_____
Paul Garrity, Esq.
Counsel for the Defendant

Before: _____
TIMOTHY S. HILLMAN
U.S. DISTRICT JUDGE