UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 4:15-CR-40021-TSH

V.

PATRICIA KWIATKOWSKI

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the Defendant, Patricia Kwiatkowski, by and through counsel and hereby moves this Court to continue the September 8, 2015 Sentencing Hearing to September 18, 2015 at 9:00 a.m.

In support of this Motion, the Defendant states as follows:

1. The Defendant is scheduled for Sentencing before this Court on September 8, 2015 at 3:00 p.m.

2. However, the Defendant's counsel is scheduled for a Trial on September 8, 2015 at 1:00 p.m. at Rochester District Court in New Hampshire in the case of State v. Devin Watters. The defendant in the Watters case objects to continuing his Trial. As a result, the undersigned counsel will be unavailable for the Defendant's September 8, 2015 Sentencing Hearing.

3. Assistant United States Attorney Timothy Landry has been contacted regarding this Continuance and he assents to the Continuance.

4. The undersigned counsel is of the understanding that this Court would be available for a Sentencing Hearing the morning of September 18, 2015.

WHEREFORE, the Defendant respectfully requests that this Court grant her Motion and Continue her Sentencing Hearing from September 8, 2015 to September 18, 2015 at 9:00 a.m.

Respectfully submitted,
Paul J. Garrity,

Date:    September 1, 2015             \_\_\_\_/s/  Paul J. Garrity_____
                                        Paul J. Garrity
                                        14 Londonderry Road
                                        Londonderry, NH 03053
                                        (603) 434-4106
                                        No. 555976

## CERTIFICATE OF SERVICE

    I, Paul J. Garrity, herein certify that on this 1ST day of September, 2015, a copy of the within was e-filed to Assistant United States Attorney Timothy Landry and mailed to Patricia Kwiatkowski.

                                        \_\_\_/s/  Paul J. Garrity_____
                                        Paul J. Garrity