IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **PATRICIA KWIATKOWSKI,** <br><br> Defendant. | **Criminal No.** 4:15-cr-40021-TSH |

## GOVERNMENT'S MOTION TO SEAL

The United States hereby moves this Court to direct that the attached bank records be filed under seal as an attachment to the government's sentencing memorandum (docket no. 16). These bank records contain sensitive personal information such as names, addresses, account numbers, and transaction numbers. Thus, the records are not appropriate for public disclosure. The undersigned attorney for the government will provide a copy of these materials to defense counsel.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

    By: */s/ Timothy Landry*
    Special Assistant U.S. Attorney

    Date: September 4, 2015